UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA SHEVITSKI,

                    Plaintiff,

vs.                              Case No.  2:05-cv-487-FtM-33SPC

UNKNOWN CREDITOR d/b/a JUNIPER BANK,

                    Defendant.
_____/

## ORDER

     This matter comes before the Court pursuant to the parties'
Joint Notice of Local Rule 3.01(g) Compliance (Doc. # 16), which
was filed on March 31, 2006.

     The parties indicate that Defendant's Motion to Compel
Arbitration and Stay Proceedings (Doc. # 14) is unopposed.  In
addition, Defendant withdraws its request for attorney's fees as
stated in the motion to compel arbitration.

     As Defendant's Motion to Compel Arbitration and Stay
Proceedings (Doc. # 14) is unopposed, the Court grants the motion.
The parties are directed to arbitrate this case as agreed to in the
Cardmember Agreement, and this case is stayed pursuant to 9 U.S.C.
§ 3.[1]

---

    [1] 9 U.S.C. § 3 states, "If any suit or proceeding be brought
in any of the courts of the United States upon any issue referable
to arbitration under an agreement in writing for such arbitration,
the court in which such suit is pending, upon being satisfied that
the issue involved in such suit or proceeding is referable to
arbitration under such an agreement, shall on application of one of
the parties stay the trial of the action until such arbitration has
been had in accordance with the terms of the agreement, providing

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. # 14) is **GRANTED.**

(2)  This case is **STAYED** pursuant to 9 U.S.C. § 3 pending arbitration under the Cardmember Agreement.

(3)  The stay of this case will remain in effect pending notification by the parties that the case is due to be dismissed.

(4)  The Clerk shall terminate all pending deadlines and motions, and administratively close the case.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>3rd</u> day of April 2006.

<u>VIRGINIA M. HERNANDEZ COVINGTON</u>
UNITED STATES DISTRICT JUDGE


Copies:  All Counsel of Record

---

the applicant for the stay is not in default in proceeding with such arbitration."